**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DEWAYNE HOWARD GILREATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. CIV-21-145-KEW |
| | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

On this date, this Court entered its final order affirming the decision of the Administrative Law Judge. In accordance with the fourth sentence of 42 U.S.C. § 405(g), Defendant is entitled to a judgment reflecting this Court's ruling.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's decision denying benefits to Plaintiff is **AFFIRMED** pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 31st day of March, 2023.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE